UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

**-vs-**                                                              **Case No.  2:09cr20377-1STA**

**LAKEISHA VENISE WILLIAMS**
_____

## *AMENDED* ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- A member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant. ***Defendant is to pay $75.00 per month toward the cost of her defense. Payments are to be made to the office of the Clerk of Court.***

### TYPE OF APPOINTMENT

**DONE** and **ORDERED** in 167 North Main, Memphis, this 2nd day of October, 2009.

                                             s/ Charmiane G. Claxton
                                             CHARMIANE G.  CLAXTON
                                             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
LAKEISHA VENISE WILLIAMS